```
___ FILED    ___ ENTERED
___ LODGED   ___ RECEIVED

NOV 09 2007

         AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                       DEPUTY
```

07-CV-01150-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TERRANCE JEROME DAVIS,

    Plaintiff,

v.

KING COUNTY REGIONAL JUSTICE CENTER, *et al.*,

    Defendants.

CASE NO.   C07-1150-TSZ-JPD

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's complaint (Dkt. No. 4), and this action, are DISMISSED without prejudice for failure to adequately allege a cause of action under § 1983.

(3) The Clerk is directed to terminate this action pursuant to 28 U.S.C. § 1915(e)(2)(B), and to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 9th day of Nov, 2007.

THOMAS S. ZILLY
United States District Judge

ORDER OF DISMISSAL